Mike PENNELL, Appellant,

v.

**The STATE of Texas, Appellee.**

No. 27720.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

### PER CURIAM.

The offense is the unlawful sale of whiskey in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.